JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:  ) Case No: 16-22931-A-13J
  )
BRUCE EDWARD NELSON,  ) DC NO.: JPJ-1
GAIL ELLEN NELSON,  )
  ) **TRUSTEE'S EX PARTE**
  ) **APPLICATION TO DISMISS**
  ) **CHAPTER 13 PROCEEDING**
  )
  )
  )
  )
_____ Debtor(s) __)

The court entered an Order on Trustee's Objection to Confirmation of the Chapter 13 Plan and Conditional Motion to Dismiss Case on July 26, 2016. The court ordered that the debtor obtain confirmation of an amended plan within 75 days of the date of entry of the order.

The debtor failed to comply with the terms of the Order on Trustee's Objection to Confirmation of the Chapter 13 Plan and Conditional Motion to Dismiss.

1     Due to the failure of debtor to meet the terms of the Order on Trustee's Objection to
2     Confirmation of the Chapter 13 Plan and Conditional Motion to Dismiss, the Trustee requests
3     that Bankruptcy Case Number 16-22931-A-13J be dismissed under Title 11 of the United States
4     Code.

Date: October 24, 2016

/s/ Kristen A. Koo
KRISTEN A. KOO, Attorney for Chapter 13 Trustee