UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| In re: | Case No. 16-22931 A13 |
|---|---|
| BRUCE EDWARD NELSON<br>GAIL ELLEN NELSON<br>　　Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

JAN P. JOHNSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/04/2016.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 10/25/2016.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $195,095.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:   $2,040.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP | Unsecured | NA | 148.80 | 148.80 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 15,000.00 | 13,299.76 | 13,299.76 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 875.00 | 875.55 | 875.55 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 497.00 | 475.04 | 475.04 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA N | OTHER | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA N | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| CBNA | Unsecured | 6,364.00 | NA | NA | 0.00 | 0.00 |
| CBNA | Unsecured | 14,581.00 | NA | NA | 0.00 | 0.00 |
| CHARLET ARCHULETA | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/MOHELA | Unsecured | 9,078.00 | 15,189.60 | 15,189.60 | 0.00 | 0.00 |
| DSRM NT BK | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | NA | 1,484.19 | 0.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | NA | 809.75 | 809.75 | 0.00 | 0.00 |
| GREENBAUM LAW GROUP LLP | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 8,190.89 | 8,293.45 | 8,293.45 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,747.18 | 10,144.86 | 10,144.86 | 0.00 | 0.00 |
| KENNETH BACON ESQ | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE LEGAL FINANCE LLC | Unsecured | 50,000.00 | 54,000.00 | 54,000.00 | 0.00 | 0.00 |
| MARK D WALSH | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 733.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,358.00 | NA | NA | 0.00 | 0.00 |
| MOHELA DEPT OF ED | Unsecured | 5,734.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASS | Unsecured | 2,133.00 | NA | NA | 0.00 | 0.00 |
| QUICKCLICK | Unsecured | 1,083.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 468.00 | 468.65 | 468.65 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 468.65 | 468.65 | 0.00 | 0.00 |
| REVIVER FINANCIAL LLC | Unsecured | NA | 6,021.26 | 6,021.26 | 0.00 | 0.00 |
| REVIVER FINANCIAL LLC | Unsecured | NA | 2,647.30 | 2,647.30 | 0.00 | 0.00 |
| REVIVER FINANCIAL LLC | Unsecured | 4,199.00 | 4,199.27 | 4,199.27 | 0.00 | 0.00 |
| STATE BOARD OF EQUALIZATION | Priority | NA | 143.00 | 0.00 | 0.00 | 0.00 |
| UNITED STATES ATTORNEY | OTHER | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| UNITED STATES DEPARTMENT OF JU | OTHER | NA | NA | NA | 0.00 | 0.00 |
| WEINSTEIN & RILEY PS | Unsecured | 3,100.00 | 3,097.66 | 3,097.66 | 0.00 | 0.00 |
| WELLS FARGO BANK N A | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | 1,005.78 | 1,005.78 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | 683.92 | 683.92 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | 364.43 | 364.43 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 24,000.00 | 23,494.33 | 23,494.33 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 300,109.00 | 315,743.31 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO OPERATIONS CENTEI | Secured | 278.53 | 353.32 | 353.32 | 0.00 | 0.00 |
| WELLS FARGO OPERATIONS CENTEI | Secured | 33,988.00 | 34,429.57 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $23,847.65 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$23,847.65** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,293.45 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$8,293.45** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$113,900.28** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/03/2016                         By: /s/ JAN P. JOHNSON
                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**