```
1
Jan P. Johnson
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P.O. Box 1708
Sacramento, CA 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| Re:  BRUCE EDWARD NELSON | ) | CASE NO. 16-22931 A13 |
| | ) | |
| GAIL ELLEN NELSON | ) | |
| | ) | ORDER APPROVING TRUSTEE'S |
| | ) | FINAL REPORT AND ACCOUNT |
| | ) | AND DISCHARGING TRUSTEE |
| Debtor(s) | ) | |

Upon consideration of the Final Report and Account of Jan P. Johnson, Standing Chapter 13 Trustee in the above referenced matter, and after notice to parties in interest with any timely filed objections having been resolved,

IT IS HEREBY ORDERED that the Final Report and Account of the Trustee is approved.

IT IS FURTHER ORDERED that Jan P. Johnson is hereby discharged as Trustee of the above named Debtor(s).

Dated: December 09, 2016

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge

RECEIVED
December 08, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005939347