FORM EDC 6–632 Order Closing Case Where Case Has Been Dismissed (v.8.14)　　　　　16–22931 – A – 13J

**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED

**Case Number:** 16–22931 – A – 13J

**Debtor Name(s) and Address(es):**

Bruce Edward Nelson
5639 Balboa Circle
Sacramento, CA 95819

Gail Ellen Nelson
5639 Balboa Circle
Sacramento, CA 95819

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated: 12/9/16　　　　　　　　　　　Wayne Blackwelder
　　　　　　　　　　　　　　　　　　Clerk of Court